# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Crystal Leeann Allen, | ) | Case No. 1:18-cr-032 |
| | ) | |
| Defendant. | ) | |

There being no objection from the Government, the court **QUASHES** the arrest warrant for defendant.

**IT IS SO ORDERED.**

Dated this 28th day of August, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court